No. 774. DODGE, SPECIAL ADMINISTRATOR, ET AL. *v.* SCRIPPS, TRUSTEE, ET AL. April 15, 1935. Petition for writ of certiorari to the Supreme Court of Washington, denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Mr. William G. McAdoo* for petitioners. No appearance for respondents.

No. 766. HIRSCH ET AL. *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. David P. Siegel, Wm. E. Leahy,* and *Wm. J. Hughes, Jr.,* for petitioners. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 770. YGLESIAS & CO., INC. *v.* ENEGLOTARIA MEDICINE CO., INC. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Ben A. Matthews* for petitioner. *Messrs. Henri Brown* and *Martin Travieso* for respondent.

No. 778. SANDERS ET AL. *v.* HALL ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Finis E. Riddle* for petitioners. *Mr. Willard Brooks* for respondents.

No. 785. GORMAN ET AL., EXECUTORS, ET AL. *v.* SHAFFER OIL & REFINING CO. ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for